AGNES SAUVÉ GILVARD, Appellant, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent.— Judgment dismissing amended complaint reversed upon the law and the facts, with costs, and judgment in favor of plaintiff directed in the sum of $569.60. The sum so directed represents the note of plaintiff's brother, the amount of which was $603.30, with which the defendant has improperly credited itself; and as said sum should be offset by a balance of $33.70, which, upon the accounting, appears to be due from the plaintiff to the bank, the difference, or the sum of $569.60, should have been awarded to plaintiff. In all other respects we find the judgment and findings supported by the evidence. There will be new findings made and a proper conclusion of law to accord with this memorandum. Young, Kapper, Carswell, Scudder and Tompkins, JJ., concur. Settle order on notice.

In the Matter of the Application of the CITY OF NEW YORK, Acting by and Through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Real Property, etc., Necessary to Be Taken and Acquired for the Improvements of the Waterfront and Harbor of the City of New York on Upper New York Bay, between the Center Line of Wakeman Place and the Northerly Line of Property Now Owned by the City of New York, Distant about 545 Feet South of the Center Line of Wakeman Place, in the Borough of Brooklyn, City of New York, Pursuant to a Certain Plan Determined upon by the Commissioner of Docks, on January 19, 1920, and Approved and Adopted by the Commissioners of the Sinking Fund on February 19, 1920. THE CITY OF NEW YORK, Appellant; FRANK C. B. PAGE and Others, Executors and Trustees, etc., of EVA M. B. LANE, Deceased, Respondents.†— Order confirming report of official referee and taxing respondents' disbursements affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young and Hagarty, JJ., concur; Carswell and Scudder, JJ., dissent upon the ground that much of the work was unnecessary and inexcusable, and that for the work necessary to be done the amount allowed was grossly excessive, and vote to reduce the amount to $10,000.

In the Matter of the Application of the WEBKAN HOLDING CORPORATION, Respondent, for a Certiorari Order against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants. — Order reversed upon the law and the facts, with fifty dollars costs and disbursements, certiorari proceeding dismissed and determination of the board of standards and appeals reinstated and confirmed. The board of standards and appeals denied the application upon the ground that the proposed premises are within 200 feet of a hospital. ▮ The fact is that the premises are within 200 feet of the Nurses' Home, a part of the hospital plant. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.